UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                                   **DATE:** July 31, 2017

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder


**TITLE OF CASE:**                                   **DOCKET NO. 16-1095 (JBS-JS)**
ROBERT DUFF
  v.
WAL-MART STORES EAST, LP


**APPEARANCES:**
Joseph P. Guzzardo, Esquire for Plaintiff
Gwyneth Williams, Esquire for Defendant


**NATURE OF PROCEEDINGS:**    Motion Hearing
Hearing on Plaintiff's Motion to Strike (Docket entry #23)
Oral opinion read into the record.
Ordered motion denied.
Order to be entered.
Settlement conference held off the record.

                                                  *s/Dave Bruey*
                                                  **DEPUTY CLERK**


**TIME COMMENCED:** 11:31 a.m.
**TIME ADJOURNED**:  11:50  a.m.
**TOTAL TIME:** 19 minutes