IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DUFF,<br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br>Defendant. | Civil Action No. 1:16-CV-01095-JBS-JS<br><br>JURY TRIAL DEMANDED<br><br>STIPULATION OF DISMISSAL |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice.

SWARTZ CULLETON, P.C.

By: _____
Joseph P. Guzzardo, Esquire
*Attorneys for Plaintiff*

Dated: _____

McDONNELL & ASSOCIATES, P.C.

By: _____
Gwyneth R. Williams, Esquire
*Attorneys for Defendant*

Dated: 10-2-17